09CV2286
JUDGE HIBBLER
MAGISTRATE JUDGE MASON
AO

# EXHIBIT 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES ROWE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNICARE LIFE AND HEALTH INSURANCE COMPANY, and WELLPOINT, INC., both Indiana Corporations,<br><br>Defendants. | Case No. |

## AFFIDAVIT OF LYNDA J. GROSS

I, Lynda J. Gross, hereby declare:

1. I have personal knowledge of the facts stated herein, and I am competent to testify if called upon as a witness herein.

2. I am currently employed by Wellpoint, Inc. and hold the position of Director II, Customer Care Service Operations, Central Market.

3. I have reviewed lists reflecting the addresses of the customers to whom Wellpoint, Inc. sent notice letters in 2007 and 2008 regarding a security breach. There were more than 200,000 total customers who were sent such letters.

### CERTIFICATE UNDER SECTION 1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing Affidavit is true and correct.

Dated: April 14, 2009

_Lynda J. Gross_
Lynda J. Gross