09CV2286
JUDGE HIBBLER
MAGISTRATE JUDGE MASON
AO

# EXHIBIT 4

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| JAMES ROWE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNICARE LIFE AND HEALTH INSURANCE COMPANY, and WELLPOINT, INC., both Indiana Corporations,<br><br>Defendants. | Case No. 09 CH 5166 |

## NOTICE OF FILING OF REMOVAL PETITION TO FEDERAL COURT

Defendants Unicare Life and Health Insurance Company and Wellpoint, Inc., by their attorneys, hereby notify the Court that on April 15, 2009, they filed a Notice of Removal of this action with the United States District Court for the Northern District of Illinois. A copy of the Notice of Removal is attached hereto as Exhibit A.

Dated: April 15, 2009

Respectfully submitted,

UNICARE LIFE AND HEALTH
INSURANCE COMPANY, and
WELLPOINT, INC., Defendants

By: _____
One of their attorneys

REED SMITH LLP
David Z. Smith
Marina C. Santini
10 South Wacker Drive
Chicago, IL 60606-7507
(312) 207 1000
(312) 207 6400 (fax)
Firm ID: 44486

Mark S. Melodia
Paul Bond

Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, N.J. 08540
(609) 987-0050

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of the foregoing Defendants' **NOTICE OF FILING OF REMOVAL PETITION TO FEDERAL COURT** via hand delivery, this 15th day of April 2009, upon the following counsel of record:

BARNOW AND ASSOCIATES, P.C.
Ben Barnow
Sharon Harris
Erich Schork
Blake Strautins
One North LaSalle Street, Suite 4600
Chicago, IL 60602
(312) 621-2000

*Attorneys for Plaintiff*

LARRY D. DRURY, LTD.
Larry D. Drury
205 West Randolph, Suite 1430
Chicago, IL 60606
(312) 346-7950
*Attorneys for Plaintiff*

/s/ Marina Santini
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
(312) 207 1000
(312) 207 6400 (fax)

*Attorneys for Defendants*

3