# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JAMES ROWE, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 09 CV 2286<br>)<br>) Judge William J. Hibbler |
| UNICARE LIFE AND HEALTH INSURANCE COMPANY, and WELLPOINT, INC., both Indiana Corporations, | )<br>)<br>) |
| Defendants. | ) |

## DEFENDANT'S MOTION TO DISMISS UNDER
## FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)

Defendants Unicare Life and Health Insurance Company and Wellpoint, Inc., by their undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully request that the Court dismiss the Complaint brought by Plaintiff James Rowe. In support of its Motion, Defendant has filed the accompanying Memorandum in Support.

WHEREFORE, for the reasons presented in the accompanying Memorandum in Support, Defendants Unicare Life and Health Insurance Company and Wellpoint, Inc., LLC, respectfully request that the Court dismiss Plaintiff's Complaint, and grant such further and additional relief as this Court deems just and proper.

Dated: May 22, 2009

Respectfully submitted,

UNICARE LIFE AND HEALTH
INSURANCE COMPANY, and
WELLPOINT, INC., *Defendants*

By: /s/ Marina C. Santini
    One of their attorneys

- 2 -

| | |
|---|---|
| Mark S. Melodia (admitted *pro hac vice*) | David Z. Smith (ARDC # 6256687) |
| Paul Bond (admitted *pro hac vice*) | Marina C. Santini (ARDC # 6290668) |
| REED SMITH LLP | REED SMITH LLP |
| Princeton Forrestal Village | 10 South Wacker Drive |
| 136 Main Street, Suite 250 | Chicago, IL 60606-7507 |
| Princeton, N.J. 08540 | (312) 207 1000 |
| (609) 987-0050 | (312) 207 6400 (fax) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2009, I electronically filed the foregoing **DEFENDANT'S MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

LARRY D. DRURY, LTD.
Larry D. Drury
ldrurylaw@aol.com
205 West Randolph, Suite 1430
Chicago, IL 60606
(312) 346-7950
*Attorneys for Plaintiff*


Additionally, the foregoing was served via electronic mail upon the following:

BARNOW AND ASSOCIATES, P.C.
Ben Barnow
b.barnow@barnowlaw.com
One North LaSalle Street, Suite 4600
Chicago, IL 60602
(312) 621-2000
*Attorneys for Plaintiff*

    /s/ Marina C. Santini
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
(312) 207 1000
(312) 207 6400 (fax)

*Attorneys for Defendants*